# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY LINDSEY,<br><br>   Petitioner,<br><br>   v.<br><br>FELIPE MARTINEZ JR.,<br><br>   Respondent. | No. CV 21-06441-DSF(AGR)<br><br>ORDER OF DISMISSAL |

On August 9, 2021, Petitioner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody ("Petition") pursuant to 28 U.S.C. § 2241. (Dkt. No. 1.)

On September 2, 2021, Petitioner filed correspondence stating that he "would like to dismiss [his] petition to this honorable Court." (Dkt. No. 4.)

IT IS THEREFORE ORDERED that Petitioner's request to voluntarily dismiss the Petition for Writ of Habeas Corpus is granted and the Petition is dismissed. All pending motions are denied as moot.

IT IS SO ORDERED.

DATED: October 22, 2021

DALE S. FISCHER
United States District Judge