UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL ANTHONY LINDSEY, | ) | No. CV 21-06441-DSF(AGR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| FELIPE MARTINEZ JR., | ) | |
| Respondent. | ) | |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus is voluntarily dismissed.

DATED: October 22, 2021

_____
DALE S. FISCHER
United States District Judge